| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 27 2022 |
| | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

JARRELL ELLSWORTH, on behalf of himself and others similarly situated,

    Plaintiff-Petitioner,

v.

SCHNEIDER NATIONAL CARRIERS, INC.,

    Defendant-Respondent.

No.   21-80114

D.C. No.
5:20-cv-01699-SB-SP
Central District of California, Riverside

ORDER

Plaintiff-petitioner's motion to dismiss this petition for permission to appeal pursuant to Fed. R. Civ. P 23(f) (Docket Entry No. 6) is granted.  Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

Mediation